IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.A. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-3268 |
| | : | |
| FRANK BISIGNANO, Commissioner | : | |
| of Social Security | : | |

**ORDER**

AND NOW, this 9th day of November 2026, upon consideration of Plaintiff's Brief and Statement of Issues (Doc. 8), the response (Doc. 9), the reply (Doc. 10), and after careful consideration of the administrative record (Doc. 5), IT IS HEREBY ORDERED that:

1. Judgment is entered affirming the decision of the Commissioner of Social Security, and the relief sought by Plaintiff is DENIED; and

2. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

*/s/ Elizabeth L. Toplin*

ELIZABETH L. TOPLIN, U.S.M.J.